# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FLC | Note and Mortgage on Rental Prop., Pulaski County, AR (Pt. VII, Line 56) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allergan C.S. | A | Dividend | | | Sold | 08/16/11 | L | F | |
| 2. Amgen, Inc. C.S. | | None | J | T | | | | | |
| 3. Applied Materials C.S. | A | Dividend | J | T | | | | | |
| 4. Bank of America C.S. | A | Dividend | K | T | Sold (part) | 09/30/11 | J | | |
| 5. Barrick Gold C.S. | A | Dividend | K | T | | | | | |
| 6. Berkshire Hathaway (B) C.S. | | None | L | T | Buy | 10/04/11 | L | | |
| 7. BP PLC ADR | A | Dividend | K | T | | | | | |
| 8. Bristol Meyers C.S. | D | Dividend | K | T | Sold (part) | 11/30/11 | M | F | |
| 9. Bunge Ltd. C.S. | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 10. Chevron C.S. | B | Dividend | L | T | | | | | |
| 11. Citigroup Inc. C.S. | A | Dividend | J | T | Sold (part) | 09/30/11 | J | | |
| 12. Conoco Phillips C.S. | D | Dividend | M | T | | | | | |
| 13. Dow Chemical Co. C.S. | C | Dividend | L | T | Buy | 09/06/11 | L | | |
| 14. DuPont C.S. | A | Dividend | K | T | Sold (part) | 01/27/11 | L | A | |
| 15. Eli Lilly C.S. | D | Dividend | M | T | | | | | |
| 16. Encana Corp. C.S. | C | Dividend | L | T | Buy | 09/30/11 | K | | |
| 17. Exelis Inc. C.S. | B | Dividend | K | T | Buy | 11/30/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |
| 19. Fairfax Financial Hldgs C.S. | C | Dividend | M | T | | | | | |
| 20. Forest Labs. Inc. C.S. | | None | | | Sold | 07/25/11 | M | G | |
| 21. Freeport McMorran C.S. | A | Dividend | J | T | Buy | 10/03/11 | J | | |
| 22. General Electric C.S. | A | Dividend | | | Sold | 09/30/11 | K | D | |
| 23. Gannett Co. Inc. C.S. | A | Dividend | K | T | Buy | 09/01/11 | K | | |
| 24. Gen. Maritime Corp. C.S. | A | Dividend | | | Sold | 11/04/11 | J | | |
| 25. Glaxosmithkline PLC C.S. | C | Dividend | L | T | | | | | |
| 26. Goodyear Tire C.S. | | None | L | T | | | | | |
| 27. Inmet Mining Corp. C.S. | A | Dividend | K | T | | | | | |
| 28. Intel C.S. | A | Dividend | J | T | | | | | |
| 29. J P Morgan Chase C.S. | A | Dividend | K | T | | | | | |
| 30. Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 31. Kon Philips C.S. | | None | K | T | Buy | 09/14/11 | K | | |
| 32. Leucadia Corp. C.S. | | None | L | T | | | | | |
| 33. Medtronics C.S. | A | Dividend | | | Sold | 05/04/11 | J | | |
| 34. MEMC Materials C.S. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 36. MFC Industries C.S. | | None | J | T | Buy | 08/10/11 | J | | |
| 37. Newmont Mining C.S. | B | Dividend | M | T | | | | | |
| 38. Nokia C.S. | B | Dividend | K | T | Buy | 06/02/11 | J | | |
| 39. Overseas Shph Group Inc. C.S. | D | Dividend | L | T | Buy | 09/30/11 | M | | |
| 40. Permian Basin Trust C.S. | B | Dividend | K | T | Buy | 07/10/11 | K | | |
| 41. Pfizer Inc. C.S. | C | Dividend | L | T | | | | | |
| 42. Potash Corp. C.S. | A | Dividend | K | T | Buy | 12/12/11 | K | | |
| 43. Precision Drilling C.S. | | None | K | T | | | | | |
| 44. Sanofi Aventis C.S. | B | Dividend | L | T | | | | | |
| 45. Seagate Technology C.S. | | None | L | T | | | | | |
| 46. Steelcase Inc. C.S. | A | Dividend | | | Sold | 04/15/11 | K | D | |
| 47. Stryker Corp. C.S. | A | Dividend | J | T | Sold (part) | 01/07/11 | L | F | |
| 48. Teck Resources C.S. | A | Dividend | K | T | | | | | |
| 49. Thermo Fisher C.S. | A | Dividend | J | T | Buy | 11/17/11 | J | | |
| 50. Thompson Creek Metals C.S. | | None | J | T | Buy | 05/16/11 | K | | |
| 51. Transocean Inc. C.S. | C | Dividend | L | T | Buy | 12/14/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tsakos Nav. C.S. | B | Dividend | J | T | | | | | |
| 53. Valero Energy C.S. | B | Dividend | L | T | | | | | |
| 54. Wells Fargo C.S. | A | Dividend | K | T | Sold (part) | 09/30/11 | K | E | |
| 55. Weyerhauser Co C.S. | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 56. Zimmer Holdings Inc. C.S. | | None | | | Sold | 01/07/11 | K | E | |
| 57. Vanguard High Yield Tax Exempt FD | A | Interest | | | Sold | 09/22/11 | J | | |
| 58. Ark. State GO Bond | B | Interest | L | T | | | | | |
| 59. Fort Smith WTR Bond | B | Interest | L | T | | | | | |
| 60. UCA Rev. Bond | C | Interest | L | T | | | | | |
| 61. Charles Schwab (Cash Equivalents) | A | Interest | K | T | | | | | |
| 62. | | | | | | | | | |
| 63. ORI/Acadia & Ver. Par., LA; Genesis; Nexen; Conoco Phillips | E | Royalty | N | W | | | | | |
| 64. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | K | W | | | | | |
| 65. W/I; Acadia & Vermillion Par., LA/Genesis; Couoco Phillips | E | Royalty | N | W | | | | | |
| 66. Rental Property (Pulaski County, AR) | D | Rent | N | W | | | | | |
| 67. | | | | | | | | | |
| 68. Rollover IRA | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 70. - Amgen C.S. | | | | | | | | | |
| 71. - Bank of America. C.S. | | | | | | | | | |
| 72. - Barrick Gold Corp. C.S. | | | | | Buy | 06/27/11 | K | | |
| 73. - Berkshire Hathaway (B) C.S. | | | | | Buy | 09/09/11 | L | | |
| 74. - CitiGroup Inc. C.S. | | | | | | | | | |
| 75. - Celgene C.S. | | | | | Sold (part) | 06/01/11 | K | C | |
| 76. - Chevron C.S. | | | | | Buy | 08/03/11 | K | | |
| 77. - Conoco Phillips C.S. | | | | | | | | | |
| 78. - Dow Chemical C.S. | | | | | Buy | 09/22/11 | K | | |
| 79. - DuPont C.S. | | | | | | | | | |
| 80. - Encana Corp C.S. | | | | | Buy | 09/22/11 | K | | |
| 81. - Exxon C.S. | | | | | | | | | |
| 82. - Forest Labs C.S. | | | | | Sold | 06/20/11 | J | D | |
| 83. - Freeport McMoran C.S. | | | | | | | | | |
| 84. - General Electric Co. C.S. | | | | | | | | | |
| 85. - Gilead Sciences Inc. C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - J.P. Morgan C.S. | | | | | Buy | 06/16/11 | J | | |
| 87. - Johnson & Johnson C.S. | | | | | | | | | |
| 88. - Life Tech. Corp. C.S. | | | | | Buy | 08/18/11 | K | | |
| 89. - Medtronic Inc. C.S. | | | | | Sold | 01/19/11 | J | A | |
| 90. - Medcohealth C.S. | | | | | Sold | 05/09/11 | J | C | |
| 91. - Merck & Co. Inc. C.S. | | | | | Buy | 02/03/11 | K | | |
| 92. - Monsanto Co. C.S. | | | | | Sold | 06/10/11 | K | A | |
| 93. - Mosaic Co. C.S. | | | | | Buy | 12/09/11 | K | | |
| 94. - Overseas Shipping Group C.S. | | | | | Buy | 07/25/11 | J | | |
| 95. - Pfizer Inc. C.S. | | | | | | | | | |
| 96. - Potash Corp. C.S. | | | | | Buy | 12/14/11 | K | | |
| 97. - Sanofi Aventis C.S. | | | | | | | | | |
| 98. - Schlumberger Ltd. C.S. | | | | | Sold | 06/03/11 | K | D | |
| 99. - State Street Corp. C.S. | | | | | Sold | 04/21/11 | J | B | |
| 100. - Stryker C.S. | | | | | | | | | |
| 101. - Teva Pharm C.S. | | | | | Buy | 04/21/11 | J | | |
| 102. - Total ADR | | | | | Sold | 08/01/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Transocean Inc. C.S. | | | | | Buy | 12/14/11 | K | | |
| 104. - Vale ADR | | | | | Sold | 07/25/11 | J | | |
| 105. - Wells Fargo & Co. C.S. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. IRA #1 | B | Dividend | M | T | | | | | |
| 108. - Amgen Inc. C.S. | | | | | Sold (part) | 01/13/11 | K | C | |
| 109. - Bank of America C.S. | | | | | | | | | |
| 110. - Berkshire Hathaway (B) C.S. | | | | | Buy | 09/07/11 | J | | |
| 111. - Bunge Ltd. C.S. | | | | | Buy | 10/20/11 | J | | |
| 112. - Celgene C.S. | | | | | | | | | |
| 113. - Conoco C.S. | | | | | Buy | 11/21/11 | J | | |
| 114. - Dow Chemical Co C.S. | | | | | Buy | 11/21/11 | J | | |
| 115. - Exxon Mobil C.S. | | | | | | | | | |
| 116. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 117. - Johnson & Johnson C.S. | | | | | | | | | |
| 118. - J.P. Morgan Chase C.S. | | | | | | | | | |
| 119. - Life Tech. Corp. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Merck C.S. | | | | | | | | | |
| 121. - Pfizer C.S. | | | | | | | | | |
| 122. - Potash Corp C.S. | | | | | Buy | 12/15/11 | J | | |
| 123. - TEVA Pharma ADR | | | | | | | | | |
| 124. - U.S. Bancorp C.S. | | | | | Sold | 01/14/11 | J | B | |
| 125. - Wells Fargo C.S. | | | | | Sold | 01/14/11 | J | B | |
| 126. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. IRA #2 | C | Dividend | M | T | | | | | |
| 129. - Amgen Inc. C.S. | | | | | Sold (part) | 09/23/11 | K | A | |
| 130. - Bank of America C.S. | | | | | | | | | |
| 131. - Barrick Gold Corp. C.S. | | | | | Buy | 06/16/11 | J | | |
| 132. - Berkshire Hathaway (B) C.S. | | | | | Buy | 09/23/11 | J | | |
| 133. - Celgene C.S. | | | | | Sold (part) | 09/23/11 | J | A | |
| 134. - Citigroup C.S. | | | | | Sold | 05/16/11 | J | A | |
| 135. - Encana Corp. C.S. | | | | | Buy | 09/23/11 | J | | |
| 136. - Exxon C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Gilead Sciences Inc. C.S. | | | | | Sold (part) | 09/23/11 | J | A | |
| 138. - Johnson & Johnson C.S. | | | | | Sold (part) | 09/23/11 | J | B | |
| 139. - Merck C.S. | | | | | | | | | |
| 140. - Pfizer Inc. C.S. | | | | | | | | | |
| 141. - Teva ADR | | | | | | | | | |
| 142. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Trust #1 | A | Dividend | L | T | | | | | |
| 145. - Amgen Inc. C.S. | | | | | | | | | |
| 146. - Bank of America C.S. | | | | | | | | | |
| 147. - Celgene C.S. | | | | | | | | | |
| 148. - Citigroup C.S. | | | | | | | | | |
| 149. - Conoco Phillips C.S. | | | | | | | | | |
| 150. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 151. - Johnson & Johnson C.S. | | | | | | | | | |
| 152. - Pfizer C.S. | | | | | | | | | |
| 153. - Charles Schwab (Cash Equivalents) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155.  Trust #2 | E | Dividend | O | T | | | | | |
| 156.  - Amgen Inc. C.S. | | | | | | | | | |
| 157.  - Bank of America C.S. | | | | | | | | | |
| 158.  - Barrick Gold Corp. C.S. | | | | | Buy | 06/16/11 | K | | |
| 159.  - Berkshire Hathaway (B) C.S. | | | | | Buy | 09/21/11 | K | | |
| 160.  - Celgene C.S. | | | | | | | | | |
| 161.  - Chevron C.S. | | | | | | | | | |
| 162.  - Citigroup C.S. | | | | | Sold | 08/02/11 | J | A | |
| 163.  - Dow Chemical Co. C.S. | | | | | Buy | 09/12/11 | J | | |
| 164.  - DuPont Co. C.S. | | | | | | | | | |
| 165.  - Encana Corp. C.S. | | | | | Buy | 09/26/11 | J | | |
| 166.  - Exxon C.S. | | | | | | | | | |
| 167.  - Freeport McMoran C.S. | | | | | | | | | |
| 168.  - General Electric C.S. | | | | | | | | | |
| 169.  - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 170.  - Intel Inc. C.S. | | | | | Sold | 02/11/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Johnson & Johnson C.S. | | | | | | | | | |
| 172.  - Life Technologies C.S. | | | | | | | | | |
| 173.  - Medcohealth C.S. | | | | | Sold | 05/05/11 | J | B | |
| 174.  - Merck & Co. C.S. | | | | | | | | | |
| 175.  - Monsanto C.S. | | | | | | | | | |
| 176.  - Overseas Shipholding Grp. C.S. | | | | | Buy | 07/25/11 | J | | |
| 177.  - Pfizer C.S. | | | | | | | | | |
| 178.  - Potash Corp. C.S. | | | | | Buy | 12/14/11 | J | | |
| 179.  - Sanofi Aventis C.S. | | | | | | | | | |
| 180.  - State Street C.S. | | | | | Sold | 04/21/11 | J | B | |
| 181.  - Stryker C.S. | | | | | | | | | |
| 182.  - Teva Pharma C.S. | | | | | | | | | |
| 183.  - Thermo Fisher C.S. | | | | | Buy | 12/14/11 | J | | |
| 184.  - Transocean Inc. C.S. | | | | | Buy | 12/15/11 | K | | |
| 185.  - U S Bancorp C.S. | | | | | Sold | 11/03/11 | J | | |
| 186.  - Vale C.S. | | | | | | | | | |
| 187.  - Wells Fargo C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Harbor International Mutual Fund | | | | | Sold | 02/11/11 | J | | |
| 189. - Lazard Emerging Markets Mutual Fund | | | | | Sold | 02/11/11 | J | | |
| 190. - Matthews China Mutual Fund | | | | | Sold | 02/11/11 | J | A | |
| 191. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. Trust #3 | A | Dividend | J | T | | | | | |
| 194. - Berkshire Hathaway (B) C.S. | | | | | Buy | 09/14/11 | J | | |
| 195. - Dow Chemical Co. C.S. | | | | | Buy | 09/14/11 | J | | |
| 196. - Encana Corp. C.S. | | | | | Buy | 09/14/11 | J | | |
| 197. - Merck C.S. | | | | | Buy | 09/14/11 | J | | |
| 198. | | | | | | | | | |
| 199. Life Insurance -Flexible Premium Adjustable Life Ins. Policy | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544